**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000319
30-JUL-2026
08:05 AM
Dkt. 25 OGMD**

NO. CAAP-26-0000319

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MEREDITH MULLER, Plaintiff-Appellant,
v.
BETSILL BROTHER LLC, Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DRC-25-0002035)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and McCullen, JJ.)

Upon review of self-represented Plaintiff-Appellant Meredith Muller's and Defendant-Appellee Betsill Brother, LLC's July 24, 2026 "Stipulation for Dismissal of Appeal Pursuant to HRAP Rule 42(b)," which the court construes as a motion to dismiss appeal (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, July 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge